IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-po-07009-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SHAWN HIGGINS,

      Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

The Writ of Habeas Corpus Ad Prosequendum against the defendant is hereby accepted by the Court. The Court hereby ORDERS the United States Marshal for the District of Colorado, or any other United States Marshal, to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the defendant is confined, and requiring said United States Marshal to produce the defendant before a United States Magistrate Judge for an initial appearance on <u>3 September 2008</u> and to hold the defendant at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

DATED, this 25th day of August, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge