# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 08-po-07009-BNB |
| SHAWN P. HIGGINS | Christine Dieringer (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 113(a)(4) | Assault | On or About January 29, 2008 | 1 |

Defendant is sentenced to 12 months unsupervised probation, to run concurrent with El Paso County sentence of supervised probation. Defendant to serve 60 days in jail, with 53 days suspended, to run concurrent with El Paso County jail sentence he is currently serving. Defendant to complete 36 weeks of Domestic Violence counseling through El Paso County. Defendant to pay $35 within 12 months of this date. El Paso County case is #2008 M 005848.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** $35 | $10; $25 Processing fee | None |

September 3, 2008
Date of Imposition of Judgment

s/ Boyd N. Boland
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

September 9, 2008
Date